IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRENDA D. ZILIAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.11-cv-75-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Brenda D. Zilian against defendant Michael J. Astrue reversing and remanding the decision of the commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

_____     __2/14/12__
Peter Oppeneer, Clerk of Court      Date